## FALL TERM, 1909.

L. W. Forehand (appellant) v. Norfolk and Southern Railway Co., from Camden. Per Curiam, September 15. Affirmed. C. E. Thompson and Aydlett & Ehringhaus for plaintiff; Pruden & Pruden and Shepherd & Shepherd for defendant.

Eureka Lumber Co. (appellant) v. John R. Harrison et al., from Beaufort. Per Curiam, September 22. Judgment of nonsuit affirmed. W. C. Rodman for plaintiff; Small, MacLean & McMullen for defendants.

State v. John Gibson (appellant), from Craven. Per Curiam, September 29. Affirmed. Attorney-General for the State; R. A. Nunn for defendant.

L. C. Carroll v. D. P. Bible et al. (appellants), from Carteret. Per Curiam, September 29. Affirmed. Simmons, Ward & Allen for plaintiff; Abernathy & Davis for defendants.

J. L. Taylor et al. (appellants) v. Daney Taylor et al., from Martin. Per Curiam, September 29. Affirmed. Martin & Critcher for plaintiffs; A. R. Dunning for defendants.

Robert J. Braswell v. General Accident, Fire and Life Assurance Corporation (appellant). Per Curiam, September 29. Affirmed. Gilliam & Clark for plaintiff; W. O. Howard for defendant.

John Parker et al. v. Charles F. Dunn et al. (appellants), from Lenoir. Per Curiam, October 13. Affirmed. W. D. Pollock and G. V. Cowper for plaintiffs; C. F. Dunn for defendants.

L. F. Swain v. A. C. L. Railway Co. (appellant), from Onslow. Per Curiam, October 1. Affirmed. Duffy & Koonce and Meares & Ruark for plaintiff; Davis & Davis and Frank Thompson for defendant.

H. Weil Bros. (appellants) v. W. S. Uzzell and wife, from Lenoir. Per Curiam, October 13. Affirmed. G. V. Cowper and Loftin, Varser & Dawson for plaintiffs; H. E. Shaw, Aycock & Winston and Rouse & Land for defendants.

State v. W. H. Manning (appellant), from Johnston. Per Curiam, October 13. Affirmed. Attorney-General and G. L. Jones for the State; Wellons & Morgan and S. S. Holt for defendant.